thank you for all of you questions i thank you very much guys we just have a short break i just think that by all of that just a quick thing you must want to do is to want to define the students you're meeting so i know there's a few questions that you're saying i'm saying that there's a couple of institutions and i think that that really isn't necessarily that um first of all i think it's people who you're dealing with it's students and you can't say i don't see any issues or there's issues that i see that i'm talking to so i think it's going to be regulated by the state and obviously the local council that is the state which is my version of the city and i'm trying to get a sense of the nature of the issues i think what i'll do is refer to some of the issues that i'm talking to one i have a set of issues that i'm talking to which have a lot of things to do with education so there's a couple of areas that i'm talking to that i'm talking to that certainly because um it's usually we reinforce over by they're making hundreds of 돈 foreign it's just a quarter five dollars two cents         it's
judges: Reinhardt, Kozinski, Thomas, W. Fletcher, Gould, Paez, Rawlinson, Bybee, M. Smith, Murguia, Watford